1  MARC D. BENDER (SBN 156923)
   DAVID G. FINKELSTEIN (SBN 047791)
2  LAW OFFICES OF DAVID G. FINKELSTEIN
   1528 S. El Camino Real, Suite 306
3  San Mateo, CA 94402
   Tel: (650) 353-4503
4
   Attorney for Plaintiffs
5  ROLAND and KAREN FLORES

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND FLORES, JR.; KAREN S. FLORES,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., aka WACHOVIA MORTGAGE; NDEX WEST, LLC; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:11-CV-06619-JSC<br><br>STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER THEREON<br><br>Date:  May 10, 2012<br>Time:  1:30 p.m.<br>Ctrm:  F<br><br>(Hon. Jacqueline S. Corley) |

WHEREAS the parties have participated in a mediation of this case on April 11, 2012, and a telephonic conference with the mediator is scheduled on May 24, 2012,

IT IS HEREBY STIPULATED by and between counsel for Plaintiff and Defendants that the Case Management Conference scheduled on May 10, 2012 at 1:30 p.m. in Courtroom F of the above-referenced court is continued to June 14, 2012 at 1:30 p.m. in Courtroom F.

1

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERNECE; ORDER THEREON

DATED: 5/2/12

LAW OFFICES OF DAVID G. FINKELSTEIN
A Professional Corporation

MARC D. BENDER
Attorney for Plaintiffs ROLAND and KAREN FLORES

DATED: 5/2/12

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN, LLP

DANIEL A. ARMSTRONG
Attorney for Defendant WELLS FARGO BANK, N.A.

## ORDER

Based upon the stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED:

The Case Management Conference currently scheduled on May 10, 2012 at 1:30 p.m. in Courtroom F of the above-captioned Court shall be postponed and continued to June 14, 2012 at 1:30 p.m. in Courtroom F of the above-captioned Court.

Dated: May 3, 2012

~~JUDGE OF THE SUPERIOR COURT~~
United States Magistrate Judge
Jacqueline Scott Corley

2

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERNECE; ORDER THEREON