IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND FLORES, et al., | Case No. C11-6619 JSC |
| Plaintiffs, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| WELLS FARGO BANK, et al., | |
| Defendants. | |

Following the Case Management Conference held on June 14, 2012, the Court adopts, in part, the pre-trial schedule set forth in the Joint Case Management Conference Statement filed with the Court on June 7, 2012 (Dkt. No. 30) as follows:

| | |
|---|---|
| Completion of fact discovery: | December 28, 2012 |
| Expert designations: | January 11, 2013 |
| Rebuttal expert designations: | January 25, 2012 |
| Dispositive motion filing deadline: | February 8, 2013 |
| Completion of expert discovery: | March 13, 2013 |
| Pretrial Conference | April 18, 2013, 2:00 p.m. |
| Trial | April 29, 2012, 8:30 a.m. |

1 As the parties' recent settlement efforts have been unsuccessful, the Court will rule on
2 Defendants' pending motion to dismiss. By that Order the Court will set a further case management
3 conference date. The parties are encouraged to continue their settlement discussions, and to advise
4 the Court if they desire the assistance of a magistrate judge.

6 **IT IS SO ORDERED**.

8 Dated: June 15, 2012

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge